■ LINDA M. WOOD, Individually and as Parent and Natural Guardian of TRAVIS J. FLEMING, Appellant, v CITY OF WATERTOWN, Respondent. [696 NYS2d 732] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.